UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIKE, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GLOBAL HEARTBREAK LLC and NAADIER RILES,<br><br>　　　　　Defendants. | Case No. 3:24-CV-00476-MAS-RLS |

### NOTICE OF MOTION FOR DEFAULT JUDGMENT

TO THE CLERK OF THE COURT:

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 55(b)(2), Plaintiff Nike, Inc. ("Nike") will move this Court on Monday, May 20, 2024 for default judgment against Defendants Global Heartbreak LLC and Naadier Riles (collectively, "Global Heartbreak"). In support of its Motion, Nike relies on its accompanying Brief and declaration of Bridgette C. Gershoni.

Dated:  April 17, 2024　　　　　　　ARNOLD & PORTER KAYE SCHOLER LLP

　　　　　　　　　　　　　　　　　　　By:  /s/ Aaron Stiefel

　　　　　　　　　　　　　　　　　　　　Christopher J. Renk (*pro hac vice* to be filed)
　　　　　　　　　　　　　　　　　　　　　Chris.Renk@arnoldporter.com
　　　　　　　　　　　　　　　　　　　　Michael J. Harris (*pro hac vice* to be filed)
　　　　　　　　　　　　　　　　　　　　　Michael.Harris@arnoldporter.com
　　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER KAYE SCHOLER LLP
　　　　　　　　　　　　　　　　　　　　70 West Madison Street, Suite 4200
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602-4231
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 583-2300

　　　　　　　　　　　　　　　　　　　　Bridgette C. Gershoni (*pro hac vice* to be filed)
　　　　　　　　　　　　　　　　　　　　　Bridgette.Gershoni@arnoldporter.com
　　　　　　　　　　　　　　　　　　　　Michael J. Gershoni (*pro hac vice* to be filed)
　　　　　　　　　　　　　　　　　　　　　Michael.Gershoni@arnoldporter.com
　　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER KAYE SCHOLER LLP
　　　　　　　　　　　　　　　　　　　　601 Massachusetts Ave. NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 942-6745

　　　　　　　　　　　　　　　　　　　　Aaron Stiefel (NJ ID # 013531981)
　　　　　　　　　　　　　　　　　　　　　Aaron.Stiefel@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY  10019-9710
Telephone: (212) 836-8442

*Attorneys for Plaintiff Nike, Inc.*

## CERTIFICATE OF SERVICE

I certify that on April 17, 2024, copies of **PLAINTIFF NIKE, INC.'S NOTICE OF MOTION FOR DEFAULT JUDGMENT, BRIEF IN SUPPORT OF THE MOTION, AND DECLARATION OF BRIDGETTE C. GERSHONI** were filed with the Clerk of the Court using the CM.ECF system, which will send notification of such filing to all counsel of record.

*/s/ Aaron Stiefel*
Aaron Stiefel