# Exhibit A

Re: **Notice of Violations of Nike's Intellectual Property Rights**

To Whom It May Concern:

We represent Nike, Inc. ("Nike") in intellectual property matters. Nike owns many famous and well-known trademarks for the distinctive designs of its shoes, which are recognized around the world as indicators of high-quality Nike products. Relevant to this letter, Nike owns trademarks for its Air Jordan 1 High design and its Air Jordan 1 outsole design, as shown below (the "Nike Trademarks").



The Nike Trademarks



naadyglo • Follow

 naadyglo 7h
I knew what it was before even starting the project, been at this clothing shit for close to 7 years and this what I had to do to get the recognition that I deserved. I'm always extremely grateful for the love and support and if it wasn't for all the people who supported the college dropouts we wouldn't have made it to a second or third sneaker. The brand @global.heartbreak was never about sneakers it was to express

    

Liked by **sharonbmills** and others
7 hours ago