# Exhibit C













