# Exhibit D

📌 Pinned



**GLOBAL HEARTBREAK** ✓
@GHB732

NOT JUST SHOES



6:56 PM · Mar 26, 2024 · **3,107** Views